| | |
|---|---|
| | **SIGNED.** |
| FORM eunclmfd | Dated: October 29, 2021 |


**Paul Sala, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:20−bk−06801−PS

TRACEY MILLER  Chapter: 7
6166 E. GLENCOVE STREET, APT 1
MESA, AZ 85205
SSAN: xxx−xx−1767
EIN:

Debtor(s)

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On October 26, 2021, an application was filed for the Claimant(s), Tracey Miller, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a).

The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly,

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $5,860.07 held in the unclaimed funds be made payable to the Claimant(s) **Tracey Miller** and be disbursed at the following address:

**TRACEY MILLER
6166 E. GLENCOVE ST., #1
MESA, AZ 85205**

Date: 10/28/21